IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR146 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL WASKO, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Michael Wasko (Wasko) for a modification of his release conditions (Filing No. 111). Upon consideration, the motion will be granted and Wasko shall be permitted to possess a bow and arrow for the purpose of participating in hunting deer for the current deer hunting season as long as he complies with the rules and regulations for deer hunting.

**IT IS SO ORDERED.**

DATED this 26th day of August, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge